IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PURCELL BRONSON,<br>                Plaintiff<br><br>vs.<br><br>CLARENCE HUNT; ALLEGHENY<br>COUNTY COURT, CRIMINAL DIVISION,<br><br>                Defendants | )<br>)<br>)<br>) Civil Action No. 10-1517<br>) Judge Alan Bloch/<br>) Chief U.S. Magistrate Judge Lisa Pupo Lenihan<br>)<br>)<br>) |

## **MEMORANDUM ORDER**

The above-captioned prisoner civil rights action was received by the Clerk of Court on November 12, 2010, and was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Civil Rules 72.C and D.

The Magistrate Judge's Report and Recommendation, ECF No. 2, filed on November 16, 2010, recommended that, pursuant to the Prison Litigation Reform Act, Plaintiff's IFP motion be denied because Plaintiff had accumulated three strikes. Service was made on the Plaintiff at his address of record, namely, SCI-Mahanoy, 301 Morea Road, Frackville, PA 17932. Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Civil Rules, he was able to file objections to the Report within a specified time. Plaintiff has filed no objections. He did, however, file a change of address, which the Court received on December 3, 2010.

Having filed no objections, and after review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 13th day of December, 2010;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for IFP is DENIED.

**IT IS FURTHER ORDERED** that the Report and Recommendation, ECF No. 2, filed on November 16, 2010, by Chief Magistrate Judge Lisa Pupo Lenihan, is adopted as the opinion of the court. Plaintiff is ORDERED to pay the entire filing fee by December 24, 2010, and if he fails to do so, the Court will order the case dismissed for failure to prosecute.

The Honorable Alan Bloch
United States District Court Judge

Dated:

cc: The Honorable Lisa Pupo Lenihan
Chief United States Magistrate Judge

Purcell Bronson
AF-8163
SCI Houtzdale
PO Box 1000
Houtzdale, PA 16698